UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:09CV11-J

SHERRY A. MARTIN                                                                                          PLAINTIFF

VS.

MICHAEL J. ASTRUE,
     Commissioner of Social Security                                                           DEFENDANT

## MEMORANDUM OPINION

     Before the Court is the complaint of Robert Melvin Lee ("Plaintiff" or "Claimant") seeking judicial review of the final decision of the Commissioner pursuant to 42 U.S.C. Section 405(g). The Court referred the matter to the United States Magistrate Judge, who has entered Findings of Fact, Conclusions of Law and a Recommendation that the decision of the Commissioner be affirmed. The case is now before the undersigned on plaintiff's objections. After conducting a de novo review of those matters that are the subject of specific written objection, the Court is of the opinion that the decision of the Commissioner is supported by substantial evidence and must be affirmed.

     Plaintiff objects that the ALJ did not accord appropriate weight to the opinions of her treating physicians, that he improperly speculated regarding medical conclusions when he found inconsistencies in the medical records, and that the ALJ erred in conducting the analysis of weight to be given to the plaintiff's testimony. The requirements of the law as to when an treating physician's opinion is controlling and what justifications are permissible in a decision to limit the weight of a doctor's opinion or the testimony of a witness are quite clear, and the Court sees no evidence that those requirements were ignored in this case. After examining the ALJ's decision and the evidence he relied upon to support his reasons, the Court concludes that there was no error of law, and that substantial evidence supports the determinations.

An order in conformity has this day entered.